receipt # 1109 1121
$129.28 12/20/2010
dlm

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 129.29 IN 2 CHECKS
CHECK # 15305 FOR $ 64.94
CHECKS # 15306 FOR $ 64.34
Representing unclaimed funds.

DATED: 12-16-2010

ALBERT J. MOGAVERO
TRUSTEE

FILED
DEC 20 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 23457 | HUGHES | 0915456 | 5.00 | CHAPTER 7 TRUSTEE -WILLIAM LAWSON | | | UNKNOWN | NY | 14202 |
| 23459 | HUFFNAGLE | 0815433 | 5.00 | CHAPTER 7 TRUSTEE-MORRIS HORWITZ | | | UNKNOWN | NY | 14202 |
| | | | | | | | UNKNOWN | NY | 14202 |
| 23463 | ALLENSON | 0814216 | 5.01 | CHAPTER 7 TRUSTEE -THOMAS DOREY | | | UNKNOWN | NY | 14202 |
| 23465 | ROBINSON | 0703917 | 5.00 | CHAPTER 7 TRUSTEE - WENDY CHRISTOPHERSEN | | | UNKNOWN | NY | 14202 |
| 2620[illegible] | KNOSE | 0514379 | 0.37 | KNOSE, LLOYD | 370 CHAFFEE RD. | | CHAFFEE | NY | 14030 |
| 27531 | MILLER | 0510772 | 0.33 | RIZZO, JOE | 44 INDEPENDENT DRIVE | | LOCKPORT | NY | 14094 |
| 27817 | SCHAAB | 0593165 | 44.23 | SUN TRUST MORTGAGE, INC. | 1001 SEMMES AVENUE | P.O. BOX 27767, RVW 3034 | RICHMOND | VA | 232247767 |
| 28859 | COLON | 0513950 | 5.02 | GENOVEVA COLON | 8151 STATE ST. | | GASPORT | NY | 14067 |
| 28866 | BOWMAN, SR. | 0516383 | 13.09 | JAMES BOWMAN, SR. & ELOISE B | P.O. BOX 170096 | | SPARTANBURG | SC | 293010021 |
| 28871 | LANICH | 0518647 | 5.00 | MICHAEL W LANICH | 179 BRENKENRIDGE ST. | | BUFFALO | NY | 14213 |
| 28874 | RICHARDSON | 0590080 | 5.02 | TAMMY R RICHARDSON | 20 OLYMPIC AVE. | | BUFFALO | NY | 14215 |
| 28880 | DABNEY | 0600192 | 18.20 | ELLIOTT M DABNEY | 88 HOMER AVENUE | | BUFFALO | NY | 14216 |
| 288[illegible]3 | COLEMAN | 0600930 | 5.00 | JENNIFER J COLEMAN | 213 MILLICENT AVENUE | | BUFFALO | NY | 14215 |
| 288[illegible]7 | BEDIENT | 0601687 | 4.28 | MARK & SUSAN BEDIENT | 301 WILLOW STREET | | LOCKPORT | NY | 14094 |
| 28[illegible]9 | WILLIAMS, SR. | 0814572 | 5.00 | THEODORE M WILLIAMS, SR. | PO BOX 1506 | | BUFFALO | NY | 14226 |
| 28921 | MASON | 0914954 | 3.73 | LOUIS B MASON | 154 WARWICK AVENUE | | BUFFALO | NY | 14215 |

64.34